Anthony MANNELLA, by Mary MANNELLA, his attorney-in-fact, Petitioner

v.

PORT AUTHORITY OF ALLEGHENY COUNTY, Respondent.

Supreme Court of Pennsylvania.

March 16, 2010.

### ORDER

PER CURIAM.

**AND NOW,** this 16th day of March 2010, the Petition for Allowance of Appeal is **GRANTED** as to the issue set forth below. The issue, rephrased for clarity, is:

Whether 42 Pa.C.S. § 8522(b)(1), relating to the statutory exception to sovereign immunity associated with the operation of a motor vehicle, applies to the negligent lowering of a motorized mechanical wheelchair ramp that is an integral part of a bus.